UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, CHARLOTTE E. NICHOLAS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., is a professional corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 300, 4850 East Street Road, Trevose, Pennsylvania 19053.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> March 6, 2009 call #1 – Pre-Recorded Message
> Charlotte Nicholas. If this is Charlotte Nicholas, please press 3 now. If you are not Charlotte Nicholas, please press 4 now. Hello, this is Alliance One. We're trying to get in contact with Charlotte Nicholas. If this is Charlotte Nicholas, please press 3 now. If you are not Charlotte Nicholas, please press 4 now.

Hello, this is Alliance One. We're trying to get in contact with Charlotte Nicholas. If this is Charlotte Nicholas, please press 3 now. If you are not Charlotte Nicholas, please press 4 now.

March 6, 2009 call #2 – Pre-Recorded Message
This is a message for Charlotte Nicholas. If you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message, you acknowledge that you are Charlotte Nicholas. This is Alliance One, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

March 6, 2009 call #3 – Pre-Recorded Message
This is a message for Charlotte Nicholas. If you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message, you acknowledge that you are Charlotte Nicholas. Charlotte Nicholas, you should not play this message if other people can hear it as it contains personal and private information. There will now be a 3 second pause to allow you to play this message in private. This is Alliance One Receivables Management, Incorporated, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

March 24, 2009 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. This is Alliance One a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

March 27, 2009 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. Charlotte Nicholas you should not play this message with other people can hear it as it contain personal and private information, there will now be a 3 second pause to allow you to play this message in private.
This is Alliance One Receivables Management Inc. a debt collection company. This is an attempt to collect at debt and any information obtained

will be used for that purpose. Please call us back at 888-541-7018. Thank you.

March 30, 2009 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. Charlotte Nicholas you should not play this message with other people can hear it as it contain personal and private information, there will now be a 3 second pause to allow you to play this message in private.
This is Alliance One Receivables Management Inc. a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

April 23, 2009 call #1 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. This is Alliance One a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018 Thank you.

April 23, 2009 call #2 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. This is Alliance One a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

April 23, 2009 call #3 – Pre-Recorded Message
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. Charlotte Nicholas you should not play this message with other people can hear it as it contain personal and private information, there will now be a 3 second pause to allow you to play this message in private.
This is Alliance One Receivables Management Inc. a debt collection company. This is an attempt to collect at debt and any information obtained

will be used for that purpose. Please call us back at 888-541-7018. Thank you.

<u>April 23, 2009 call #4 – Pre-Recorded Message</u>
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. This is Alliance One a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

<u>April 23, 2009 call #5 – Pre-Recorded Message</u>
This is a message for Charlotte Nicholas, if you are not Charlotte Nicholas, please hang up or delete this message now. By continuing to listen to this message you acknowledge that you are Charlotte Nicholas. Charlotte Nicholas you should not play this message with other people can hear it as it contain personal and private information, there will now be a 3 second pause to allow you to play this message in private. This is Alliance One Receivables Management Inc. a debt collection company. This is an attempt to collect at debt and any information obtained will be used for that purpose. Please call us back at 888-541-7018. Thank you.

<u>May 14, 2009 call #1 – Pre-Recorded Message</u>
This is a message for Charlotte Nicholas.  If you are not Charlotte Nicholas, please hang up or delete this message now.  By continuing to listen to this message, you acknowledge that you are Charlotte Nicholas.  This is Alliance One, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back at 888-541-7018.  Thank you.

<u>May 14, 2009 call #2 – Pre-Recorded Message</u>
This is a message for Charlotte Nicholas.  If you are not Charlotte Nicholas, please hang up or delete this message now.  By continuing to listen to this message, you acknowledge that you are Charlotte Nicholas.  Charlotte Nicholas, you should not play this message if other people can hear it as it contains personal and private information.  There will now be a three second pause to allow you to play this message in private.  This is Alliance One Receivables Management Incorporated, a debt collection company.  This is an attempt to collect at debt and any information obtained will be used for that purpose.  Please call us back at 888-541-7018.  Thank you.

<u>May 14, 2009 call #3 – Pre-Recorded Message</u>
Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.  Hello this is Alliance One.  We're trying to get in contact Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.  Hello this is Alliance One.  We're trying to get in contact with Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.

<u>May 14, 2009 call #4 – Pre-Recorded Message</u>
Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.  Hello this is Alliance One.  We're trying to get in contact with Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.  Hello this is Alliance One.  We're trying to get in contact with Charlotte Nicholas.  If this is Charlotte Nicholas, please press 3 now.  If you are not Charlotte Nicholas, please press 4 now.

<u>June 15, 2009 – Pre-Recorded Message</u>
This is a message for Charlotte Nicholas.  If you are not Charlotte Nicholas, please hang up or delete this message now.  By continuing to listen to this message, you acknowledge that you are Charlotte Nicholas.  This is Alliance One, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back at 888-541-7018.  Thank you.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 13.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a. Damages;

      b. Attorney's fees, litigation expenses and costs of suit; and

      c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 13.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19. Plaintiff incorporates Paragraphs 1 through 13.

20. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21.    Plaintiff incorporates Paragraphs 1 through 13.

22.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit;

      c.    declaring that Defendant's practices violate the FCCPA;

      d.    permanently injoining Defendant from engaging in the complained of practices; and

      e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

9

23. Plaintiff incorporates Paragraphs 1 through 13.

24. By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough

                                        Donald A. Yarbrough, Esq.
                                        Florida Bar No. 0158658