UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60783-CV

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant ALLIANCEONE RECEIVABLE S MANAGEMENT, INC., and hereby files this Notice of Settlement advising the Court that the Parties have settled this case on the terms outlined in Exhibit 1 hereto.

Respectfully submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
FBN: 94080
**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 18th day of November, 2010.

/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE