UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60783-CV

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

The parties have reached a settlement. Defendant has offered to pay Plaintiff $2,001.00 plus reasonable attorney fees and costs in exchange for Plaintiff's Dismissal with prejudice of her claims under the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act. Plaintiff has accepted the offer. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with the Local Rules.

2

| | |
|---|---|
| Donald A. Yarbrough,Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida 33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | Tampa, FL 33609 |
| Facsimile: 954-566-2235 | Telephone: 813-251-5500 |
| | Facsimile: 813-251-3675 |
| By: /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |