UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60783-Civ-Moore/Simonton

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE THAT PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEY FEES IS UNOPPOSED

Plaintiff, Charlotte E. Nicholas, gives notice that Plaintiff's Motion for Award of Costs and Attorney Fees (DE 34) is unopposed and, in support thereof, states as follows:

    1.    On January 18, 2011, Plaintiff filed a Motion for Award of Costs and Attorney Fees (DE 34).

    2.    The time for Defendant to oppose the Motion has passed.

    3.    Plaintiff informs the Court that Defendant has not filed an opposition nor has Plaintiff received any communication from Defendant regarding the Motion.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.

Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60783-Civ-Moore/Simonton

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 10, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>