UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60783-Civ-Moore/Simonton

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

**<u>PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S MOTION FOR AN
AWARD OF COSTS AND ATTORNEY'S FEES</u>**

Plaintiff, Charlotte E. Nicholas, hereby provides the following additional authority in support of Plaintiff's Verified Motion for Award of Costs and Attorney Fees (DE 34) and in support thereof, states as follows:

    1.    See Order Granting Motion for Attorney Fees (DE 31), <u>*Bianchi v. Law Office of Thomas Landis*</u>, Case No.: 10-60574-Civ-Cohn/Seltzer (holding that Mr. Yarbrough's billing rate of $350.00 per hour was a reasonable rate for an attorney of Mr. Yarbrough's level of experience), attached hereto as Exhibit "A".

    2.    See Order Granting Fees and Costs (DE 33), <u>*Bianchi v. Central Credit Services, Inc.,*</u> Case No.: 10-60562-Civ-Jordan/O'Sullivan (In which the Court granted Plaintiff's Motion which sought $350.00 per hour for Mr. Yarbrough's time), attached hereto as Exhibit "B".

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60783-Civ-Moore/Simonton

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/Donald A. Yarbrough
          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF