UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60783-CV

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

COMES NOW, Defendant ALLIANCEONE RECEIVABLE S MANAGEMENT, INC., and hereby files this Notice of Supplemental Authority on the issue of Plaintiff's counsel's reasonably hourly rate.

    Respectfully submitted,

    /s/ Dale T. Golden
    DALE T. GOLDEN, ESQUIRE
    FBN: 94080
    **GOLDEN & SCAZ, PLLC**
    2124 W. Kennedy Blvd., Suite A
    Tampa, Florida 33606
    813-251-5500 (p)
    813-251-3675 (f)
    dale.golden@goldenscaz.com
    **Attorneys for Defendant**

2 | P a g e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 8th day of July, 2011.

/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE